USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gimmael Thompson,

                    Petitioner,

       -v-

Thomas Decker, *et al.*,

                    Respondents.

21-cv-3601 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

       The parties are ordered to confer and jointly submit a briefing schedule for Petitioner's habeas petition. If the parties cannot agree, they should submit a joint letter containing both proposals. The parties should also confer and indicate whether there is consent to the interim stay request, or if the parties need to be heard on that request. The joint letter is due by May 24, 2021. The Petitioner is ordered to serve the petition and this Order on Respondent and to file proof of service on the public docket by May 21, 2021.

       SO ORDERED.

Dated:   May 17, 2021
             New York, New York

                                                                ALISON J. NATHAN
                                                              United States District Judge