UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIMMAEL THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>THOMAS DECKER, *et al.*,<br><br>Respondents. | No.: 21-cv-3601 (AJN)<br><br>[PROPOSED] ORDER |

Whereas the petitioner brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration Customs Enforcement and is seeking an order from this Court requiring that he be released or be given a constitutionally adequate bond hearing; and

Whereas Petitioner has been released from Immigration and Customs Enforcement custody; therefore

IT IS HEREBY REQUESTED by Petitioner that this action is dismissed without prejudice and without costs or attorney's fees to either party.

Dated: June 28, 2021

SO ORDERED: *Alison J. Nathan*

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE