**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GIMMAEL THOMPSON,

                     Petitioner,                  21 **CIVIL** 3601 (AJN)

           -against-                             **JUDGMENT**

THOMAS DECKER, et al,

                     Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2021, as requested by Petitioner, this action is dismissed without prejudice and without costs or attorney's fees to either party.

**DATED:** New York, New York
            June 29, 2021

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                             **BY:**
                                                           **Deputy Clerk**